WESTON & McELVAIN LLP
Richard C. Weston (SBN 126491)
Christine C. De Metruis (SBN 203610)
888 W. Sixth Street, 15th Floor
Los Angeles, California 90017
(213) 596-8000 Telephone
(213) 596-8039 Facsimile

*E-FILED 8/31/06*

Attorneys for Defendant
AMERICAN EQUITY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| SPHERE DRAKE INSURANCE LIMITED,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>AMERICAN EQUITY INSURANCE COMPANY, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO. CASE NO. C06-02571RS<br><br>STIPULATION Re: FILING OF COMPLAINT IN INTERVENTION OF PENN AMERICA AND ORDER THEREON |

　　　1.　　On March 15, 2006, American Equity Insurance Company (hereinafter "American Equity") was served with a complaint filed by Sphere Drake Insurance Limited (hereinafter "Sphere Drake") in the Superior Court of the State of California for the County of Santa Clara entitled *Sphere Drake Insurance Limited v. American Equity Insurance Company, and DOES 1 through 10, inclusive*, Case Number 106CV059591.

///

-1-

STIPULATION TO FILE COMPLAINT IN INTERVENTION

CASE NO. C06-02571RS

2. American Equity removed the action to the above-entitled court on April 14, 2006.

3. By way of its Complaint in this action, Sphere Drake seeks, among other things, to recoup from American Equity all or a portion of the monies it expended in defending and indemnifying T&M Industries in an action entitled *BRE Properties, Inc. v. M.H. Podell Co., Inc.* (the "Underlying Action").

4. On or about July 19, 2006, counsel for Sphere Drake informed counsel for American Equity that Penn America Insurance Company ("Penn America") would file a separate action against American Equity for claims arising out of the same transactions and occurrences at issue in this Action to recoup all or a portion of the monies Penn America expended in defending and indemnifying T&M Industries in the Underlying Action.

5. In an effort to avoid a multiplicity of lawsuits and the substantial risk of double or otherwise inconsistent obligations on related claims, and to fully and finally resolve all issues by and between the parties, Penn America, American Equity and Sphere Drake stipulate to permit Penn America to file a Complaint in Intervention in this action pursuant to Federal Rule of Civil Procedure 24.

## **STIPULATION**

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:

That Penn America be allowed to file a Complaint in Intervention for in the present action.

///
///
///
///
///

| | | |
|---|---|---|
| 1 | Dated: August 17, 2006 | LAW OFFICES OF SEMHA ALWAYA |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ Semha Alwaya |
| 5 | | Semha Alwaya<br>Attorneys for Plaintiff |
| 6 | | SPHERE DRAKE INSURANCE LIMITED |
| 7 | Dated: August ___, 2006 | WESTON & McELVAIN LLP |

By: _____
Richard C. Weston
Christine C. De Metruis
Attorneys for Defendant
AMERICAN EQUITY INSURANCE COMPANY

Dated: August 2_, 2006          DE LA PENA & McDONALD LLP

By: /s/ Steven McDonald
Steven McDonald
Attorneys for PENN AMERICA INSURANCE COMPANY

ORDER

Based upon the foregoing Stipulation by the parties, and for good cause appearing, IT IS HEREBY ORDERED:

1. Penn America shall be allowed to file a Complaint in Intervention for contribution, indemnity, and declaratory relief in the referenced matter.

Dated: August 31, 2006

/s/ Richard Seeborg
Magistrate Judge Richard Seeborg

-3-

STIPULATION TO FILE COMPLAINT IN INTERVENTION
CASE NO. C06-02571RS

Dated: August ___, 2006            LAW OFFICES OF SEMHA ALWAYA

By: _____
    Semha Alwaya
Attorneys for Plaintiff
SPHERE DRAKE INSURANCE LIMITED

Dated: August 17, 2006             WESTON & McELVAIN LLP

By: _____
    Richard C. Weston
    Christine C. De Metruis
Attorneys for Defendant
AMERICAN EQUITY INSURANCE COMPANY

Dated: August ___, 2006            DE LA PENA & McDONALD LLP

By: _____
    Steve McDonald
Attorneys for PENN AMERICA INSURANCE COMPANY

## ORDER

Based upon the foregoing Stipulation by the parties, and for good cause appearing, IT IS HEREBY ORDERED:

1. Penn America shall be allowed to file a Complaint in Intervention for contribution, indemnity, and declaratory relief in the referenced matter.

Dated: August ___, 2006

_____
Magistrate Judge Richard Seeborg

-3-

STIPULATION TO FILE COMPLAINT IN INTERVENTION

CASE NO. C06-02571RS