1  LAW OFFICES OF SEMHA ALWAYA
   Semha Alwaya (SBN 141999)
2  2200 Powell Street, Suite 110
   Emeryville, California 94608                *E-FILED 10/18/06*
3  Telephone: (510) 595-7900
   Facsimile: (510) 595-9049
4
   Attorneys for Plaintiff
5  SPHERE DRAKE INSURANCE LIMITED

6
   WESTON & McELVAIN LLP
7  Richard C. Weston (SBN 126491)
   Christine C. De Metruis (SBN 203610)
8  888 W. Sixth Street, 15th Floor
   Los Angeles, California 90017
9  Telephone: (213) 596-8000
   Facsimile: (213) 596-8039
10
   Attorneys for Defendant
11 AMERICAN EQUITY INSURANCE COMPANY

12
   DE LA PENA & McDONALD LLP
13 Steven McDonald (SBN121949)
   101 Spear Street, Suite 215
14 San Francisco, California 94105
   Telephone: (415) 856-4723
15 Facsimile: (415) 856-0411

16 Attorneys for Plaintiff-in-Intervention
   PENN-AMERICA INSURANCE COMPANY
17

18
                    UNITED STATES DISTRICT COURT
19
      FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION
20

21
   SPHERE DRAKE INSURANCE          )  CASE NO. CASE NO. C06-02571RS
22 LIMITED                         )
                                   )
23             Plaintiff,          )  STIPULATION AND [PROPOSED]
                                   )  ORDER TO CONTINUE PRE-TRIAL
24       vs.                       )  DATES
                                   )
25 AMERICAN EQUITY INSURANCE       )
   COMPANY, and DOES 1 through 10, )
26 inclusive,                      )
                                   )
27             Defendants.         )

28
                                   -1-

         STIPULATION TO CONTINUE PRE-TRIAL DATES

                                          CASE NO. C06-02571RS

1. On July 19, 2006, the Court issued a Case Management Scheduling Order setting forth the following dates:

Private Mediation: To be completed within 90 days of the Order if possible

Joinder of Parties/Amendment of Pleadings: August 21, 2006

Further Case Management Conference:     December 20, 2006

Discovery Cut Off:     December 15, 2006

Plaintiff Expert Disclosure:     November 1, 2006

Defendant Expert Disclosure:     November 15, 2006

Expert Discovery Cut Off:     December 15, 2006

Pre-Trial Motion Hearing Cut-Off:     March 28, 2007

Pre-Trial Statements:     May 14, 2007

Pre-Trial Conference:     May 23, 2007

Trial:     June 4, 2007

2. On August 24, 2006, Penn America Insurance Company filed a complaint-in-intervention in this matter.

3. On August 25, 2006, the parties and their counsel participated in a telephonic conference call to informally discuss settlement.

4. On September 29, 2006, the parties and their counsel participated in an additional telephonic conference call to informally discuss settlement.

5. The parties have selected Howard Garfield, Esq., of Resolution Remedies as their mediator. Given the parties and their counsel's respective schedules, the mediation with Mr. Garfield is scheduled for November 7, 2006.

6. On September 29, 2006 and in subsequent communications, the parties and their counsel agreed, subject to this Court's approval, that certain pre-trial dates should be continued in an effort to avoid incurring substantial costs while the parties continue their informal and formal settlement discussions.

-2-

|   |   |
|---|---|
| 1 | **STIPULATION** |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, pending entry of an Order by this Court:

1. That the Mandatory Settlement Conference date be continued to November 7, 2006.

2. That the last date for Plaintiff and Plaintiff-In-Intervention to disclose their respective expert testimony and reports is continued to January 2, 2007.

3. That the last date for Defendant to disclose its expert testimony and reports is continued to January 16, 2007.

4. That the expert discovery cut-off date shall be continued to February 16, 2007.

5. That the non-expert discovery cut off shall be continued to February 16, 2007.

Dated: October 11, 2006

LAW OFFICES OF SEMHA ALWAYA

By: /s/ Semha Alwaya
Semha Alwaya
Attorneys for Plaintiff
SPHERE DRAKE INSURANCE LIMITED

Dated: October 11, 2006

WESTON & McELVAIN LLP

By: /s/
Richard C. Weston
Christine C. De Metruis
Attorneys for Defendant
AMERICAN EQUITY INSURANCE COMPANY

Dated: October ___, 2006

DE LA PENA & McDONALD LLP

By: _____
Steve McDonald
Attorneys for PENN AMERICA INSURANCE COMPANY

-3-

**STIPULATION**

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, pending entry of an Order by this Court:

1. That the Mandatory Settlement Conference date be continued to November 7, 2006.

2. That the last date for Plaintiff and Plaintiff-In-Intervention to disclose their respective expert testimony and reports is continued to January 2, 2007.

3. That the last date for Defendant to disclose its expert testimony and reports is continued to January 16, 2007.

4. That the expert discovery cut-off date shall be continued to February 16, 2007.

5. That the non-expert discovery cut off shall be continued to February 16, 2007.

Dated: October ___, 2006      LAW OFFICES OF SEMHA ALWAYA

By: _____
Semha Alwaya
Attorneys for Plaintiff
SPHERE DRAKE INSURANCE LIMITED

Dated: October ___, 2006      WESTON & McELVAIN LLP

By: _____
Richard C. Weston
Christine C. De Metruis
Attorneys for Defendant
AMERICAN EQUITY INSURANCE COMPANY

Dated: October /_/, 2006      DE LA PENA & McDONALD LLP

By: _____
Steve McDonald
Attorneys for PENN AMERICA INSURANCE COMPANY

-3-

# ORDER

Based upon the foregoing Stipulation by the parties, and for good cause appearing, IT IS HEREBY ORDERED:

1. That the Mandatory Settlement Conference date be continued to November 7, 2006.

2. That the last date for Plaintiff and Plaintiff-In-Intervention to disclose their respective expert testimony and reports is continued to January 2, 2007.

3. That the last date for Defendant to disclose its expert testimony and reports is continued to January 16, 2007.

4. That the expert discovery cut-off date shall be continued to February 16, 2007.

5. That the non-expert discovery cut off shall be continued to February 16, 2007.

Dated: October 18, 2006

_____
Magistrate Judge Richard Seeborg

*Sphere Drake Insurance Limited v. American Equity Insurance Company*

Case Number: C06-02571RS

*PROOF OF SERVICE*

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 888 West Sixth Street, 15th Floor, Los Angeles, California 90017.

On October 16, 2006, I served the foregoing document described STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRE-TRIAL DATES on all parties in this action, by placing the true copies thereof enclosed in sealed envelopes addressed as follows:

*Semha Alwaya, Esq.*
*Law Offices of Semha Alwaya*
*2200 Powell Street*
*Emeryville, CA 94608*
*Telephone: (510) 595-7900*
*Facsimile: (510) 595-9049*
*Attorneys for Plaintiff*

*Steven B. McDonald, Esq.*
*DE LA PENA & MCDONALD LLP*
*101 Spear Street, Suite 215*
*San Francisco, CA 94105*
*Telephone: (415) 856-4723*
*Facsimile: (415) 856-0411*

[X]     BY MAIL as follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]     BY FACSIMILE as follows: I sent such document from facsimile machine (213) 596-8039 on October 16, 2006. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (213) 596-8039 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelop(s) addressed to the parties listed above.

[]     VIA ELECTRONIC SERVICE: On the interested parties to this action by submitting an electronic version of the document.

[X]     (Federal)     I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 16, 2006, at Los Angeles, California.

_____
Patricia De La Cruz