**United States District Court**
For the Northern District of California

1

2

3                                                                      *E-FILED*
                                                                December 7, 2006
4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                             NORTHERN DISTRICT OF CALIFORNIA

10

11    SPHERE DRAKE INSURANCE LIMITED,           No. C 06-02571 RS

12

13                  Plaintiff,

14          v.                                   **ORDER CONTINUING CASE**
                                                 **MANAGEMENT CONFERENCE**
15    AMERICAN EQUITY INSURANCE CO.,

16                  Defendant.
      _____/

17          Pursuant to the stipulation of the parties and good cause appearing,

18          IT IS HEREBY ORDERED that the further Case Management Conference in the above-

19    entitled matter currently set for December 20, 2006 at 2:30 p.m. is continued to **February 21, 2007**

20    **at 2:30 p.m.** The parties shall file an updated joint Case Management Conference Statement no

21    later than February 14, 2007.

22          IT IS FURTHER ORDERED that the deadlines with regard to non-expert and expert

23    discovery set in this Court's order of October 18, 2006 are continued by sixty (60) days. The parties

24    shall promptly notify the Court if this case settles prior to the date set for further Case Management

25    Conference.

26    Dated:  December 7, 2006

27

28                                               _____
                                                 RICHARD SEEBORG
                                                 United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Semha Alwaya     salwaya@alwayalaw.com, Semha@sbcglobal.net

Christine DeMetruis     cdemetruis@wmattorneys.com

Wynn C. Kaneshiro     wckaneshiro@wmattorneys.com, mmontero@wmattorneys.com

Steven E. McDonald     smcdonald@lanahan.com

Richard C. Weston     , kjimenez@wmattorneys.com


Dated: December 7, 2006


                              /s/ BAK_____
                              Chambers of Magistrate Judge Richard Seeborg

**United States District Court**
For the Northern District of California