**\*E-FILED\***
**March 5, 2007**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SPHERE DRAKE INSURANCE LIMITED, | No. C 06-02571 RS |
| Plaintiff, | **ORDER RE: SETTLEMENT; STAND-BY ORDER TO SHOW CAUSE** |
| v. | |
| AMERICAN EQUITY INSURANCE CO., | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates and the Case Management Conference set for March 7, 2007. The parties are required to file a stipulation of dismissal by **May 30, 2007**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **June 6, 2007 at 9:30 a.m.** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: March 5, 2007

RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Semha Alwaya     salwaya@alwayalaw.com, Semha@sbcglobal.net

Christine DeMetruis     cdemetruis@wmattorneys.com

Wynn C. Kaneshiro     wckaneshiro@wmattorneys.com, mmontero@wmattorneys.com

Steven E. McDonald     smcdonald@lanahan.com

Richard C. Weston     , kjimenez@wmattorneys.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: March 5, 2007

                                            /s/ BAK
                                            Chambers of Magistrate Judge Richard Seeborg

**United States District Court**
For the Northern District of California