LAW OFFICES OF SEMHA ALWAYA
Semha Alwaya (SBN 141999)
2200 Powell Street, Suite 110
Emeryville, California 94608          *E-FILED 5/4/07*
Telephone:   (510) 595-7900
Facsimile:    (510) 595-9049

Attorneys for Plaintiff
SPHERE DRAKE INSURANCE LIMITED

WESTON & McELVAIN LLP
Richard C. Weston (SBN 126491)
Christine C. De Metruis (SBN 203610)
888 W. Sixth Street, 15th Floor
Los Angeles, California 90017
Telephone:   (213) 596-8000
Facsimile:    (213) 596-8039

Attorneys for Defendant
AMERICAN EQUITY INSURANCE COMPANY

DE LA PENA & McDONALD LLP
Steven McDonald (SBN121949)
101 Spear Street, Suite 215
San Francisco, California 94105
Telephone:   (415) 856-4723
Facsimile:    (415) 856-0411

Attorneys for Plaintiff-in-Intervention
PENN-AMERICA INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| SPHERE DRAKE INSURANCE LIMITED | CASE NO.  CASE NO. C06-02571RS |
| Plaintiff, | STIPULATION TO DISMISS AND ORDER THEREON |
| vs. | |
| AMERICAN EQUITY INSURANCE COMPANY, and DOES 1 through 10, inclusive, | |
| Defendants. | |

-1-

1  PENN-AMERICA INSURANCE
2  COMPANY,
        Plaintiff-in-Intervention
3      vs.
4  AMERICAN EQUITY INSURANCE
5  COMPANY,
        Defendant.

6
7  WHEREAS:

8      1.    Plaintiff Sphere Drake Insurance, Ltd., Plaintiff-In-Intervention Penn
9  America Insurance Company, and Defendant American Equity Insurance Company have
10 reached a settlement in the above-entitled matter.

11     2.    Having agreed to a settlement of the action, the parties have agreed to
12 dismiss the above-entitled action in its entirety with prejudice.  The parties have further
13 stipulated to vacate all pre-trial and trial dates in this action.

14
15                              **STIPULATION**
16 IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES

17     3.    That this action be dismissed in its entirety with prejudice.
18     4.    All pre-trial and trial dates in this action are vacated.

19
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28                              -2-

1    Dated: May 2, 2007

2

3                   LAW OFFICES OF SEMHA ALWAYA

4

5

6    Dated: May ___, 2007

7

8

9

10

11

12    Dated: May ___, 2007

13

14

15

16

17

18

19

20

21

22

23    Dated: May 4, 2007

24

25

26

27

28

By: _Semha Alwaya_
         Semha Alwaya
     Attorneys for Plaintiff
     SPHERE DRAKE INSURANCE LIMITED

WESTON & McELVAIN LLP

By: _____
         Richard C. Weston
         Christine C. De Metruis
     Attorneys for Defendant
     AMERICAN EQUITY INSURANCE
     COMPANY

DE LA PENA & McDONALD LLP

By: _____
         Steve McDonald
     Attorneys for PENN AMERICA INSURANCE
     COMPANY

### ORDER

Based upon the foregoing Stipulation by the parties, and for good cause appearing, IT IS HEREBY ORDERED:

     1.      That this action is dismissed in its entirety with prejudice.

     2.      All pre-trial and trial dates in this action are vacated.

_____
Magistrate Judge Richard Seeborg

-3-

1    Dated: May ___, 2007                    LAW OFFICES OF SEMHA ALWAYA

2

3                                            By: _____

4                                                Semha Alwaya
                                             Attorneys for Plaintiff
5                                            SPHERE DRAKE INSURANCE LIMITED

6    Dated: May 2, 2007                      WESTON & McELVAIN LLP

7

8                                            By: _____

9                                                Richard C. Weston
                                                 Christine C. De Metruis
                                             Attorneys for Defendant
10                                           AMERICAN EQUITY INSURANCE
                                             COMPANY
11
     Dated: May 2, 2007                      DE LA PENA & McDONALD LLP
12

13                                           By: _____

14                                               Steve McDonald  (STEVEN E, MCDONALD)
                                             Attorneys for PENN AMERICA INSURANCE
15                                           COMPANY

16

17                           **ORDER**

18   Based upon the foregoing Stipulation by the parties, and for good cause appearing, IT IS

     HEREBY ORDERED:
19
            1.      That this action is dismissed in its entirety with prejudice.
20
            2.      All pre-trial and trial dates in this action are vacated.
21

22

23   Dated: _____ _____, 2007

24                                           _____

25                                           Magistrate Judge Richard Seeborg

26

27

28                                -3-

     ――――――――――――――――――――――――――――――――――――――――――――――――――――――――
     STIPULATION TO DISMISS

                                             CASE NO. C06-02571RS

*Sphere Drake Insurance Limited v. American Equity Insurance Company*

### Case Number: C06-02571RS
*PROOF OF SERVICE*

1

2  STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

3      I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 888 West Sixth Street, 15th Floor,

4  Los Angeles, California 90017.

5      On May 4, 2007, I served the foregoing document described **STIPULATION TO DISMISS** on all parties in this action, by placing the true copies thereof enclosed in sealed

6  envelopes

7  addressed as follows:

*Semha Alwaya, Esq.*

8  *Law Offices of Semha Alwaya*
*2200 Powell Street*

9  *Emeryville, CA 94608*
*Telephone: (510) 595-7900*

10  *Facsimile: (510) 595-9049*

11  *Attorneys for Plaintiff*

12  *Steven B. McDonald, Esq.*
*DE LA PENA & MCDONALD LLP*

13  *101 Spear Street, Suite 215*
*San Francisco, CA 94105*

14  *Telephone: (415) 856-4723*

15  *Facsimile: (415) 856-0411*

16  [ X ]    BY MAIL as follows:  I am "readily familiar" with the firm's practice of collection and

17  processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in

18  the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after

19  date of deposit for mailing in affidavit.

20  [ ]    BY FACSIMILE as follows:  I sent such document from facsimile machine (213) 596-8039 on May 4, 2007.  I certify that said transmission was completed and that all pages were

21  received and that a report was generated by facsimile machine (213) 596-8039 which confirms said transmission and receipt.  I, thereafter, mailed a copy to the interested party(ies) in this

22  action by placing a true copy thereof enclosed in sealed envelop(s) addressed to the parties listed above.

23  []    VIA ELECTRONIC SERVICE: On the interested parties to this action by submitting an electronic version of the document.

24  [X]    (Federal)    I declare that I am employed in the office of a member of the bar of this

25  Court at whose direction the service was made.

26      Executed on May 4, 2007, at Los Angeles, California

27  Patricia De La Cruz

28